[No. 38631-0-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH F. BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-1-00339-6, Michael E. Rickert, J., entered April 4, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ. Now published at 89 Wn. App. 726.

[No. 38941-6-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CAESAR C. GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07092-9, LeRoy McCullough, J., entered July 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39079-1-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUELINE MARIE FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00379-9, Linda C. Krese, J., entered July 16, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 39282-4-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE C. HILLIUS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01844-5, David F. Hulbert, J., entered September 3, 1996. *Affirmed* by unpublished per curiam opinion.